# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

| | |
|---|---|
| Case No.: 2:24-cr-00570-WLH-59 | Date: 3/11/2025 |

Present: The Honorable **WESLEY L. HSU, UNITED STATES DISTRICT JUDGE**

Interpreter: N/A

| Holidae Crawford | Myra Ponce | Jeremiah Michael Levine |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Henisi Utsler | X | X | | Oliver P Cleary, CJA | X | X | |

**Proceedings:** CHANGE OF PLEA (Held and Completed)

- X   Defendant moves to change his plea to an Indictment.
- X   Defendant is sworn.
- X   Defendant states true name as Henisi Lillian Utsler.
- X   Defendant enters a new and different plea of GUILTY to Count Two of the Indictment.
- X   The Court advises the defendant of his/her Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered.
- X   The Court orders this matter referred to the United States Probation Office for a presentence investigation and preparation of a presentence report and the matter is continued to **July 11, 2025 at 10:45 a.m.** for sentencing. The report is to be disclosed to the defendant thirty-five (35) days prior to sentencing unless the minimum period is waived. Counsel shall contact the clerk if counsel do not intend to file sentencing position papers.
- X   The Court vacates the pretrial conference and jury trial date as for this defendant only.
- X   Defendant is ordered to appear on 7/11/2025 at 10:45 a.m. without any further notice or order.

cc:   USPO, PSA, USM

|   |   | 00 : 30 |
|---|---|---|
|   | Initials of Deputy Clerk | HC |